# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0656
Lower Tribunal Nos. M23-20772, AIMA2KE, A5D6ZUP, AIMCDOE

_____

**Philippe Bien-Aime,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lizzet Martinez, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State v. Garcia</u>, 346 So. 3d 581, 586 (Fla. 2022) (holding

that, despite trial court hearing about uncharged offenses, the trial court did not commit fundamental error where the record reflects the trial court did not give any weight to the uncharged conduct, and where the trial court had before it evidence concerning the circumstances surrounding the charged offense and the defendant's prior criminal record when imposing a sentence within the permissible range).